**JS 44 (Rev. 04/21)**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jason Ray Clark

**(b)** County of Residence of First Listed Plaintiff: **Douglas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
Colorado Division of Securities, et al

County of Residence of First Listed Defendant: **Denver**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: Unkown

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:11 am, Jan 23, 2023
JEFFREY P. COLWELL, CLERK

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT

**CONTRACT**
- [X] 190 Other Contract

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights

**OTHER STATUTES**
- [X] 410 Antitrust
- [X] 850 Securities/Commodities/Exchange
- [X] 896 Arbitration

*(Other boxes unchecked)*

## V. ORIGIN
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **Diversity**

Brief description of cause: **Defamation, Fraud, Corruption**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ **$1,332,714,176.**
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: _____   DOCKET NUMBER: _____

DATE: **1/16/2023**
SIGNATURE OF ATTORNEY OF RECORD: *Jason R. Clark, Pro Se*

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

Jason Ray Clark

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CDS, et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SEE attached Excel spreadsheet.
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

# UNITED STATES DISTRICT COURT

## For the District of COLORADO

Case No. _____

Jury Trial: YES

Jason Ray Clark, Claimant

-v-

<u>Defendants:</u>

The United States Securities Exchange Commission (SEC), SEC Chairman Gary Gensler, SEC Investigator Craig Ellis, The Colorado Division of Securities (CDS), CDS Commissioner Tung Chan (D), CDS Deputy Commissioner David Cheval (D), CDS Examiner John Harth, CDS Examiner Jeff Eaby, CDS Investigator Jason Gross, CDS Examiner Jonathan Block, The Colorado Department of Regulatory Agencies (DORA), CO Department Of Regulatory Agencies Commissioner Patty Salazar (D), The Financial Industry Regulatory Authority (FINRA), FINRA CEO Richard Berry, FINRA Arbitrator Langden T. Owen Jr., FINRA Arbitrator Margaret Ann Barrington, FINRA Arbitrator Carol L. Roslund, CO Attorney General Philip J. Weiser (D), CO Assistant AG India Kidd-Aaron (D), et al.

Charles Schwab & Co., Inc., Charles R. Schwab, Bernard J. Clark, Ian Muir, Robert Miller, Nigel Murtagh, David Johnson, Walter W. Bettinger II, John K. Adams, Jr., Marianne C. Brown, Joan T. Dea, Christopher V. Dodds, Stephen A. Ellis, Mark A. Goldfarb, William S. Haraf, Frank C. Herringer, Brian M. Levitt, Gerri Martin-Flickinger, Bharat B. Masrani, Todd M. Ricketts, Charles A. Ruffel, Arun Sarin, Paula A. Sneed, Peter Crawford, Jon Beatty, Kevin H. Lewis, Chris Richie, Greg Scanlon, Kara Suro, Christian Valoria, Max Levine, Lisa Matlock, et al.

Steptoe & Johnson LLP, STJ CEO Gwendolyn Prothro Renigar, Robyn Crowther (STJ Attorney), Leah Quadrino (STJ Attorney), Nailah Z. Ogle (STJ Attorney), Surya Kundu (STJ Attorney), Aaron Hillman (STJ), Andrea Navarette (STJ), Zach & Sara Carter of The State of South Dakota, and Nathan Nance of The State of Texas (and others), Lewis Roca Rothgerber Christie LLP, Hilary Dawn Wells (LRRC Attorney), Nancy Stewart (Secretary LRRC), Tara Popp (Paralegal LRRC), et al.

# COMPLAINT FOR A CIVIL CASE

Claimant, Jason Ray Clark of Clark Brothers Investments/CBI, seeks damages totaling $1,332,714,176.

**Charges:** Breach of Fiduciary Duty; Breach of Contract; Prima Facie Defamation of Character; Implied Defamation of Character; Emotional Distress; Fraud; Fraudulent Misrepresentation and Deceit; Bribery; Collusion, Corruption, and Conspiracy; Perjury; Abuse of Power and Malfeasance; Obstruction of Justice; and False Advertising.

The above entities are in aggregate responsible for the damages incurred by Jason Ray Clark sole Owner of Clark Brothers Investments when Charles Schwab & Co., Inc. terminated CBI/Clark Brothers Investments/Jason Ray Clark Investment Advisor Services Agreement (IASA) on April 2, 2021. Jason Ray Clark/CBI attempted to talk to Schwab to no avail. Jason Ray Clark/CBI attempted mediation with Schwab to no avail. Jason Ray Clark/CBI attempted arbitration with Schwab to no avail. Jason Ray Clark/CBI attempted to resolve all the false allegations, charges, and claims levied against CBI/Jason Clark with the SEC, CDS, DORA, FINRA, CO AG to no avail. Jason Ray Clark/CBI has already proven all of the above entities WRONG in a Court of Law at the FIRNA arbitration hearing between Clark Brothers Investments/CBI/Jason Ray Clark v. Charles Schwab & Co., Inc. (arbitration case #21-02439) on September 8-9, 2022, in Denver, Colorado.

ALL **FINDINGS OF FACT** completely and totally exonerate Jason Ray Clark/CBI of any, and all wrongdoing, and are <u>ALL</u> documented and recorded at the FINRA arbitration hearing proceedings dated September 8-9, 2022, in Denver, Colorado.

## Monetary AWARD Justification for Federal District Court

Average life expectancy of a Male in US = 78 years old.

$10,000,000 Assets Under Management "lost" (proved as FINDING OF FACT in FINRA arb case) at 1% industry standard AUM fee and 20% annual returns (CBI returns are 23.5% annualized also proven as FINDING OF FACT in FINRA arb case).

= **$81,922,331** total revenue "lost" by Jason Clark/CBI through age 78 **+**

CBI business value "lost" times 3.5X revenue valuation (industry standard).

= **$286,728,158** total CBI business value "lost".

= **$368,650,490** TOTAL damages to CBI/Jason Clark X3 Treble Damages.

= **$1,110,595,147** X 20% Taxes to be owed.

= **$1,332,714,176 Total Damages to Jason Clark/CBI/myself.**

s/ Jason R. Clark/ Pro Se Plaintiff

Jason R. Clark

Owner & Founder

Clark Brothers Investments/CBI

19580 Victorian Drive #306

Parker, CO 80138

Telephone: (720) 255.5711

Email: jason@clarkbrothersinvestments.com

Date of Signing: 1/16/2023

Signature of Plaintiff: *Jason R. Clark*

Pro Se Plaintiff Jason R. Clark

| NAME of Defendant | JOB OR TITLE | STREET ADDRESS | COUNTY | Telephone Number | EMAIL ADRESS |
|---|---|---|---|---|---|
| ZACH & SARA CARTER | Rancher Private Citizen, South Dakota | 20242 HWY 85 Spearfish SD 35253 | Lawrence | (605) 645-4776 | speardog98@gmail.com |
| NATHAN NANCE | Traveling Nurse Private Citizen, TEXAS | 1607 Plantation Dr Victoria, TX 77904 | Victoria | 512.786.9695 | nenance@gmail.com |
| Charles Schwab & Co., Inc. | Corporation, Charles Schwab & Co., Inc. | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | NA |
| The U.S. Securities Exchange Commission | SEC, Federal Commission | 100 F Street NE Washington, DC 20549 | District of Columbia | 800.732.0330 | NA |
| Department of Regulatory Agencies | DORA, State Regulatory Agency | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2320 | NA |
| Colorado Division of Securities | CDS, State Regulatory Agency | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2320 | NA |
| The Financial Industry Regulatory Authority | FINRA, Federal Regulatory Authority | 1735 K Street NW Washington, DC 20006 | District of Columbia | 301.590.6500 | NA |
| Charles R. Schwab | Founder Charles Schwab & Co., Inc. Chairman BOD | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | charles.schwab@schwab.com |
| Walter W. Bettinger II | CEO of Charles Schwab and CO Chair of BOD | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | walter.bettinger@schwab.com |
| John K. Adams, Jr. | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | john.adams@schwab.com |
| Marianne C. Brown | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | marianne.brown@schwab.com |
| Joan T. Dea | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | joan.dea@schwab.com |
| Christopher V. Dodds | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | christopher.dodds@schwab.com |
| Stephen A. Ellis | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | stephen.ellis@schwab.com |
| Mark A. Goldfarb | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | mark.goldfarb@schwab.com |
| William S. Haraf | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | william.haraf@schwab.com |
| Frank C. Herringer | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | frank.herringer@schwab.com |
| Brian M. Levitt | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | brian.levitt@schwab.com |
| Gerri Martin-Flickinger | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | gerri.martin-flickinger@schwab.com |
| Bharat B. Masrani | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | bharat.masrani@schwab.com |
| Todd M. Ricketts | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | todd.ricketts@schwab.com |
| Charles A. Ruffel | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | charles.ruffel@schwab.com |
| Arun Sarin | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | arun.sarin@schwab.com |
| Paula A. Sneed | BOARD OF DIRECTORS Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | paula.sneed@schwab.com |
| Peter Crawford | CFO Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | peter.crawford@schwab.com |
| Robert Miller | MD of Compliance at Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | robert.miller@schwab.com |
| Nigel Murtagh | MD Chief Risk Officer Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | nigel.murtagh@schwab.com |

| Name | Title/Role | Address | City/County | Phone | Email |
|---|---|---|---|---|---|
| David Johnson | SVP Financial Crimes Risk Management at Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | david.johnson@schwab.com |
| Kara Suro | VP Head of Charles Schwab's External Fraud Team | 211 Main Street SF, CA 94105 | San Francisco | 800.435.4000 | kara.suro@schwab.com |
| Kevin H. Lewis | MD Litigation and Regulation Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 415.667.9095 | kevin.lewis@schwab.com |
| Chris Richie | VP Legal Charles Schwab | 211 Main Street SF, CA 94105 | San Francisco | 415.667.9095 | chris.richie@schwab.com |
| Jon Beatty | Chief Operating Officer, Charles Schwab | 2423 E Lincoln Dr, Phoenix, AZ 85016 | Maricopa | 800.435.4000 | jon.beatty@schwab.com |
| Bernard J. Clark | MD RIA Services Charles Schwab | 2423 E Lincoln Dr, Phoenix, AZ 85016 | Maricopa | 800.435.4000 | bernard.clark@schwab.com |
| Ian Muir | SVP Advisor Services, Trading & Operations at Charles S | 2423 E Lincoln Dr, Phoenix, AZ 85016 | Maricopa | 800.435.4000 | ian.muir@schwab.com |
| Christian Valoria | Director Money Laundering Charles Schwab | 2423 E Lincoln Dr, Phoenix, AZ 85016 | Maricopa | 800.435.4000 | christian.valoria@schwab.com |
| Max Levine | Director Financial Crimes Risk Management Charles Sch | 3000 Schwab Way, Westlake, TX 76262 | Tarrant | 800.435.4000 | max.levine@schwab.com |
| Lisa Matlock | Investigator Financial Crimes Risk Management Charles S | 9899 Schwab Way Ste 100, Lone Tree, CO 80124 | Douglas | 800.435.4000 | lisa.matlock@schwab.com |
| Greg Scanlon | Attorney for Charles Schwab | 9800 Schwab Way LoneTree, CO 80124 | Douglas | 720.418.2286 | greg.scanlon@schwab.com |
| Gwendolyn Prothro Renigar | CEO of STJ | 1330 Connecticut Ave NW, Washington, DC 20036 | District of Columbia | 202.431.0945 | grenigar@steptoe.com |
| Robyn Crowther | Mg Dir LA STJ | 633 W 5th St #1900 LA, CA 90071 | Los Angeles | 213.439.9428 | rcrowther@steptoe.com |
| Leah M. Quadrino | Mg Dir DC STJ | 1330 Connecticut Ave NW, Washington, DC 20036 | District of Columbia | 202.431.0945 | lquadrino@steptoe.com |
| Nailah Z. Ogle | Asst Robyn Crowther | 633 W 5th St #1900 LA, CA 90071 | Los Angeles | 213.439.9428 | nogle@steptoe.com |
| Surya Kundu | Partner STJ SF, CA office | 1 Market St #3900, San Francisco, CA 94105 | San Francisco | 415.365.6700 | skundu@steptoe.com |
| Aaron Hillman | Asst Leah Quadrino | 1330 Connecticut Ave NW, Washington, DC 20036 | District of Columbia | 202.429.3060 | ahillman@steptoe.com |
| Andrea Navarette | Assistant STJ | 633 W 5th St #1900 LA, CA 90071 | Los Angeles | 213.439.9428 | anavarette@steptoe.com |
| Hilary Dawn Wells | Attorney Lewis Roca Rothgerber Christie LLP | 1601 19th Street #1000 Denver, CO 80202 | Denver | 303.623.9000 | hwells@lrrc.com |
| Nancy Stewart | Secretary Lewis Roca Rothgerber Christie LLP | 1601 19th Street #1000 Denver, CO 80202 | Denver | 303.623.9000 | nstewart@lrrlaw.com |
| Tara Popp | Paralegal Lewis Roca Rothgerber Christie LLP | 1601 19th Street #1000 Denver, CO 80202 | Denver | 303.623.9000 | tpopp@lewisroca.com |
| Richard Berry | CEO FINRA | 1735 K Street NW Washington, DC 20006 | District of Columbia | 301.590.6500 | richard.berry@finra.org |
| Langden T. Owen, Jr. | Attorney Cohne Kinghorn, Head Arbitrator case #21-0243 | 111 E. Broadway 11th FL SLC, UT 84111 | Salt Lake | 801.363.4300 | unkown |
| Margaret Ann Barrington | FINRA Arbitrator case #21-02439 | 300 S Grand Ave #1700, Los Angeles, CA 90071 | Los Angeles | 213.613.2680 | unkown |
| Carol Louise Roslund | FINRA Arbitrator case #21-02439 | 1550 Larimer St #466 Denver, CO 80202 | Denver | 213.613.2680 | unkown |
| Philip J. Weiser | AG CO | 1300 Broadway 10th Fl Denver, CO 80203 | Denver | 720.508.6000 | philip.weiser@coag.gov |
| India Kidd-Aaron | Assistant AG CO | 1300 Broadway 8th Fl Denver, CO 80203 | Denver | 720.508.6401 | india.kidd-aaron@coag.gov |
| Patty Salazar | Commissionar DORA | 1560 Broadway, Denver, CO 80202 | Denver | 303-894-7855 | DORA_Customercare@state.co.us |

| Name | Title | Address | City | Phone | Email |
|---|---|---|---|---|---|
| Tung Chan | Commissionar CDS | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2320 | dora_SecuritiesWebsite@state.co.us |
| David Cheval | CDS Deputy Commissioner | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2320 | unkown |
| Gary Gensler | SEC Chairman | 100 F Street NE Washington, DC 20549 | District of Columbia | 800.732.0330 | unkown |
| Craig Ellis | Colorado Division SEC | 1961 Stout St Suite 1700, Denver, CO 80294 | Denver | (303) 844-1000 | secured by SEC unkown |
| John Harth | EXAMINER CDS/DORA | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2320 | john.harth@state.co.us |
| Jeffrey Eaby | Chief Examiner CDS/DORA | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2320 | jeffrey.eaby@state.co.us |
| Jonathan Block | Examiner CDS/DORA | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2320 | jonathan.block@state.co.us |
| Jason Gross | INVESTIGATOR CDS/DORA | 1560 Broadway, Denver, CO 80202 | Denver | 303.894.2368 | jason.gross@state.co.us |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Jason Ray Clark__, is a citizen of the State of *(name)* __Colorado__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)   __SEE attached Excel spreadsheet.__

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,332,714,176.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE enclosed/attached Statement of Claim.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1,332,714,176.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/16/2023

Signature of Plaintiff: *Jason R. Clark*

Printed Name of Plaintiff: Jason Ray Clark

### B. For Attorneys

N/A

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 5 of 5